THE DERBES LAW FIRM, LLC
*Proposed Counsel for Insured Advocacy Group, LLC*
3027 Ridgelake Drive
Metairie, Louisiana 70002
(504) 207-0920
Patrick S. Garrity, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 25-12859 (PB) |
| Renovation Doctor, LLC | Chapter 11 Case |
| Debtor | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Patrick S. Garrity, request admission, ***pro hac vice***, before the Honorable Philip Bentley, to represent Insured Advocacy Group, LLC, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 5, 2026
Metairie, Louisiana

Respectfully submitted,

/s/ *Patrick S. Garrity*
PATRICK S. GARRITY (LA Bar #23744)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 837-2214
Email: pgarrity@derbeslaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                        Case No.: 25-12859 (PB)

Renovation Doctor, LLC                        Chapter 11 Case

    Debtor

---

## AFFIDAVIT OF PATRICK S. GARRITY

STATE OF LOUISIANA
PARISH OF JEFFERSON

    Patrick S. Garrity, being duly sworn, deposes and says as follows:

1. My name is Patrick S. Garrity and I am an attorney licensed to practice in the State of Louisiana.

2. I am in good standing with the Louisiana State Bar Association.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending against me.

_____
Patrick S. Garrity

Sworn to and subscribed before me, Notary Public, this 6th day of January, 2026.

_____
NOTARY PUBLIC

FREDERICK L. BUNOL
NOTARY PUBLIC - No. 78963
Jefferson Parish, LA
My Commission is for Life.

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**PATRICK SHAWN GARRITY ESQ., #23744**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 1995 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 5th Day of January, 2026, A.D.

*Veronica Odinet Koclanes*
Clerk of Court
Supreme Court of Louisiana

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                  Case No.: 25-12859 (PB)

Renovation Doctor, LLC                                                  Chapter 11 Case

      Debtor

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Patrick S. Garrity to be admitted, ***pro hac vice***, to represent Insured Advocacy Group, LLC (the "Client"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

    **ORDERED**, that Patrick S. Garrity, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____

                                                                      UNITED STATES BANKRUPTCY JUDGE